IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT S. HUDSON,

    Petitioner,

v.

A. P. KANE, Warden,

    Respondent.

No. C 04-02232 SI

**ORDER DENYING REQUEST FOR CERTIFICATE OF APPEALABILITY**

On September 8, 2005, petitioner filed a request for a certificate of appealability with this Court. Based on the Ninth Circuit's recent decision in *Rosas v. Nielsen,* 428 F.3d 1229 (9th Cir. 2005), the Court DENIES the request as unnecessary.

In *Rosas*, the Ninth Circuit held that, where a petitioner's habeas claim challenges a Board of Prison Terms administrative decision, he need not obtain a certificate of appealability in order to appeal the district court's decision. *See Rosas*, 428 F.3d at 1231-32. Because the facts of *Rosas* are substantially similar to the facts of this case, the Court concludes that petitioner need not obtain a certificate of appealability and DENIES petitioner's request.

Petitioner's request for a certificate of appealability is DENIED. [Docket #29] The Clerk shall forward the case file to the court of appeals with this order.

**IT IS SO ORDERED.**

Dated: December 20, 2005

                                                                               SUSAN ILLSTON
                                                                               United States District Judge